UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

JAMARV D. JACKSON,

Plaintiff,

vs.

SLOAN EVANS, GENEX SERVICES, LISA TAYLOR, AND VOCATIONAL MANAGEMENT SERVICES, Inc., ,

Defendants.

Case No. CV-26-250-GF-JTJ

JUDGMENT IN A CIVIL CASE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED : Jackson's Amended Complaint fails to state a claim pursuant to 29 U.S.C. §1915(e)(2)(B). The Court dismisses Jackson's Amended Complaint for failure to state a claim. The Clerk of Court is directed to close this case..

Dated this 21st day of August, 2026

TYLER P. GILMAN, CLERK

By: /s/ M. Stewart
Deputy Clerk